UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   DARIUS DUBOSE )
   SELENA DUBOSE ) CASE NO. 14-32180
     Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes DT CREDIT CO., LLC, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit: 2005 DODGE DAKOTA.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value this creditor's collateral at $6100.00 whereas the NADA retail value is $8150.00

3. The plan impermissibly attempts to bifurcate and cram down the secured claim of this creditor in violation of 11 U.S.C. Sections 1325(a)(5) and 506. The subject vehicle was purchased 693 days prior to the date of filing.

4. The plan is not feasible. The specified payment for this Creditor is insufficient to pay the secured claim of this creditor over the term of the plan. The plan fails to meet the requirements of 11 U.S.C. Section 1325(a)(6). As the claim of this creditor is a "910" and must be paid in the amount filed, the specified monthly of $150.00 will not pay the claim amount of $16,128.86 over the life of the plan.

5. The plan fails to provide an appropriate adequate protection payment amount. The

plan proposes to pay $61.00 per month as adequate protection. An appropriate adequate protection payment should be $81.50 or 1% of the value of the collateral.

      WHEREFORE, DT CREDIT CO., LLC, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                  DT CREDIT CO., LLC


                              By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this September 26, 2014.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

DARIUS DUBOSE
SELENA DUBOSE
2803 N COLONIAL DR
MONTGOMERY AL 36111

    /s/ Leonard N. Math