UNITED STATES BANKRUPTCY COURT
Middle District of Alabama (Montgomery)

IN RE:
Darius Dubose
SSN: xxx-xx-8062

Debtor(s),

Case No.: 14-32180

Unconditional Transfer of Claim
After Proof of Claim Filed

I, the undersigned, under penalty of perjury, declare that the following statements and information are true and correct:

1. A proof of claim was originally filed in the above-entitled case on behalf of the creditor, CitiMortgage, Inc., whose address is P.O. Box 688971 Des Moines, IA 50368-8971 (Transferor). The Proof of Claim was filed on 10/30/2014 in the original amount of $129,136.85 as claim number 3.

2. I am the lawful agent of the Transferee and am duly authorized to execute this document on behalf of the Transferee.

3. For valuable consideration, the Transferor does hereby assign, transfer, and set over, the Claim (pursuant to FRBP 3001(e)(4)) to MidFirst Bank (Transferee), whose address is as follows:

999 NW Grand Blvd., Ste. 100
Oklahoma City, OK 73118
Attn: Bankruptcy Department

4. The Transferee hereby requests that any check and/or information respecting this claim be served on the Transferee.

5. The Transferor specifically waives any right to further notice of any matter in connection with the Claim.

6. The Transferee understands that pursuant to U.S.C. Section 152, the Transferee shall be fined not more than $5,000, or imprisoned not more than five years, or both, if the Transferee knowingly and fraudulently made any false statements in this document.

MidFirst Bank

Date: 3/7/2016

/s/ Diego Juarez
By: Diego Juarez, Agent for Transferee
1770 Fourth Avenue, San Diego, CA 92101
(619) 685-4800 Fax (619) 685-4810

Transferee Loan #: XXXX9238

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California, I am over the age of 18 and not a party to the within action. My business address is 2763 Camino Del Rio South, San Diego, California 92108.

On 3/7/2016, I served the foregoing documents described as UNCONDITIONAL TRANSFER OF CLAIM, upon all interested parties to this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**DEBTOR**
Darius Dubose
2803 N Colonial Dr
Montgomery, AL 36111

**DEBTOR_COUNSEL**
Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

**JOINT_DEBTOR**
Selena Dubose
2803 N Colonial Dr
Montgomery, AL 36111

**TRUSTEE**
Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101

**BANKRUPTCY_ADMINISTRATOR_**
Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

**DEBTOR_COUNSEL**
Joshua C. Milam
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

XX By Mail

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at

San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on 3/7/2016, at San Diego, California.

/s/ Christian Aguilar
By: Christian Aguilar, Mail Staff

Loan #: XXXX9238