UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14−32180
Chapter 13

Darius Dubose and Selena Dubose,

　　　Debtors.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on March 27, 2017 at 09:00 AM

to consider and act upon the following:

*46* − Motion to Modify Mortgage filed by Joshua C. Milam on behalf of Darius Dubose, Selena Dubose. (Attachments: # 1 Exhibit) (Milam, Joshua)

Dated March 8, 2017

Juan−Carlos Guerrero
Clerk of Court

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                        Case No. 14-32180-DHW
Darius Dubose                                                 Chapter 13
Selena Dubose
         Debtors                    CERTIFICATE OF NOTICE
District/off: 1127-2        User: jmclain           Page 1 of 1           Date Rcvd: Mar 08, 2017
                            Form ID: ntchrgBK       Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
db/jdb         +Darius Dubose,   Selena Dubose,   2803 N Colonial Dr,   Montgomery, AL 36111-2803
3504363        +MidFirst Bank,   999 NW Grand Blvd., STE 100,   Oklahoma City OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3137802        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 08 2017 21:15:40      MIDLAND FUNDING,
                 8875 AERO DR STE 200,   SAN DIEGO, CA 92123-2255
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +MidFirst Bank,   999 NW Grand Blvd., Ste 100,   Oklahoma City, OK 73118-6051
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Enslen  Crowe   on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@sirote.com
              Janna L Ifshin   on behalf of Creditor    MidFirst Bank bankruptcy@sirote.com
              Joshua C. Milam   on behalf of Debtor Darius  Dubose jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Joshua C. Milam   on behalf of Joint Debtor Selena  Dubose jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Leonard N. Math   on behalf of Creditor    DT Credit Company, LLC noticesmd@chambless-math.com
              Richard D. Shinbaum   on behalf of Joint Debtor Selena  Dubose rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum   on behalf of Debtor Darius  Dubose rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 9