UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
DARIUS DUBOSE,
SELENA DUBOSE,

    Debtors.

Case No. 14-32180-DHW
Chapter 13

## ORDER GRANTING MOTION TO MODIFY MORTGAGE

The debtors filed a motion (Doc. # 46) to enter into a mortgage modification agreement with MidFirst Bank. After notice to all parties in interest, the motion came on for hearing on March 27, 2017. No objections to the motion were filed or advanced at the hearing. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED.

Done this 27th day of March, 2017.

/s/ Dwight A. Williams, Jr.
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtors
Joshua C. Milam, Attorney for Debtors
Sabrina L. McKinney, Acting Trustee

In re:  Case No. 14-32180-DHW
Darius Dubose  Chapter 13
Selena Dubose
       Debtors

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: rwalker     Page 1 of 1     Date Rcvd: Mar 27, 2017
                       Form ID: pdfSOME    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.
db/jdb      +Darius Dubose,   Selena Dubose,   2803 N Colonial Dr,   Montgomery, AL 36111-2803
cr         +MidFirst Bank,   999 NW Grand Blvd., Ste 100,   Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:
         Bankruptcy Administrator    ba@almb.uscourts.gov
         Enslen Crowe    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@sirote.com
         Janna L Ifshin    on behalf of Creditor    MidFirst Bank bankruptcy@sirote.com
         Joshua C. Milam    on behalf of Joint Debtor Selena  Dubose jmilam@smclegal.com,
          scarter@smclegal.com;cthornton@smclegal.com
         Joshua C. Milam    on behalf of Debtor Darius  Dubose jmilam@smclegal.com,
          scarter@smclegal.com;cthornton@smclegal.com
         Leonard N. Math    on behalf of Creditor    DT Credit Company, LLC noticesmd@chambless-math.com
         Richard D. Shinbaum    on behalf of Joint Debtor Selena  Dubose rshinbaum@smclegal.com,
          scarter@smclegal.com;cthornton@smclegal.com
         Richard D. Shinbaum    on behalf of Debtor Darius  Dubose rshinbaum@smclegal.com,
          scarter@smclegal.com;cthornton@smclegal.com
         Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                       TOTAL: 9